# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**R.S., D.S., R.T., and G.T.,**

        Plaintiffs,

    -vs-                                    **Case No. 14-C-1485**

**CITY OF MILWAUKEE,**
**Milwaukee Police Chief**
**EDWARD FLYNN,**
**Milwaukee Police Assistant Chief**
**EDITH HUDSON,**
**Milwaukee Police Deputy Inspector**
**MICHAEL BRUNSON,**
**Milwaukee Police Sergeant**
**JASON MUCHA, and**
**Officers MICHAEL VAGNINI,**
**JEFFREY DOLLHOPF,**
**JACOB KNIGHT, JEFFREY CLINE,**
**ZACHARY THOMS,**
**JASON BLEICHWEHL,**
**JEFFREY KRUEGER,**
**DANIEL KNITTER,**
**PAUL VENTO, JOSEPH SZCYUBIALKA,**
**JOSEPH SERIO, and JASON RODRIGUEZ,**

        Defendants.

# DECISION AND ORDER

The Plaintiffs R.S., D.S., R.T., and G.T. filed a disclosure statement that includes only their initials, and they have a pending motion to proceed under a pseudonym. The Plaintiffs are advised that Civil L.R. 7.1(d) (E.D. Wis.) provides that a party who initiates a civil action using a pseudonym

instead of the plaintiff's actual name must file the disclosure statement in accordance with Civil L.R. 10(c), which specifies:

> A party who commences a civil action using a pseudonym instead of the plaintiff's actual name must indicate in the disclosure statement filed with the Clerk of Court under Civil L. R. 7.1 and served on all other parties that the plaintiff is using a pseudonym. *At the same time, the party must file, but not serve, a disclosure statement under seal identifying the plaintiff's actual name and providing the other information required by Civil L. R. 7.1.* The envelope in which the disclosure statement is filed must state prominently that the enclosed disclosure statement is being filed under seal pursuant to Civil L. R. 10.

(Emphasis added). The Plaintiffs' disclosure statement does not comply with the requirements of Civil L.R. 10(c). Therefore, by December 20, 2014, the Plaintiffs must file an amended disclosure statement in accordance with Civil L.R. 10(c).

Dated at Milwaukee, Wisconsin, this 12th day of December, 2014.

**SO ORDERED:**

*/s/ Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**